UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> DANA CORPORATION, *et al.*, <br><br> Debtors. | Case No. 06-10354 (BRL) <br><br> (Jointly Administered) <br><br> Chapter 11 |
| FORGE PRECISION COMPANY, <br><br> Appellant, <br><br> vs. <br><br> DANA CORPORATION, <br><br> Appellee. | Civ. No. 1:08-cv-00390-DLC |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

### STIPULATION AND ORDER DISMISSING APPEAL WITH PREJUDICE

The appeal of Forge Precision Company of the Order of the Bankruptcy Court Settling Memorandum Decision Granting Summary Judgment Disallowing Claim, dated November 28, 2007, to the United States District Court for the Southern District of New York, be and the same hereby is dismissed with prejudice, with each side to bear its own costs and attorney's fees.

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
*Co-counsel for Appellant,*
*Forge Precision Company*

Dated: January 30, 2008      By: _____
                                 JONATHAN I. RABINOWITZ

So ordered.
[signature]
Feb 4, 2008

**JONES DAY**
71420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
*Counsel for Appellee,*
*Dana Corporation, et al.*

Dated: January 29, 2008            By: /s/ Brett J. Berlin
                                       BRETT J. BERLIN

**SO ORDERED** this ___ day of _____, 2008.

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

F:\Client_Files\A-M\Forge Precision\Stipulation - Dismissing Appeal-revised.doc